Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: stuartbarasch@gmail.com

Attorney for Plaintiff, Leticia Summers

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

LETICIA SUMMERS,

        PLAINTIFF,

No. 2:22-cv-01117-JDP

-V-

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------

**PROPOSED ORDER**

Before the Court is the Motion of Plaintiff, Leticia Summers, for an extension of time, *nunc pro tunc*. Because the Court finds good cause and Defendant has consented, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until November 15, 2022, to file her Motion for Summary Judgement.  Accordingly, Defendant's shall file Defendant's Responsive Brief, as well as any cross motions, within forty-five (45) days of service of Plaintiff's opening brief.  Within fifteen (15) days of

1

filing of Defendant's Responsive Brief, Plaintiff shall file the optional reply brief and respond to any cross motions as set forth in the Scheduling Order (Dkt. No. 6).

IT IS SO ORDERED.

Dated: November 16, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE