PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LETICIA SUMMERS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-01117-JDP<br><br>STIPULATION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (Doc. 13) be extended thirty (30) days from December 29, 2022 up to and including January 30, 2023.  This is the Defendant's first request for an extension.

    There is good cause for this extension.  The undersigned counsel for the Commissioner would like additional time to consult agency personnel regarding this case.  No unnecessary delay is intended.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 23, 2022 | /s/ *Stuart T. Barasch* * <br> STUART T. BARASCH <br> Attorney for Plaintiff <br> (*signature authorized via e-mail Dec. 21, 2022) |
| Dated: December 23, 2022 | PHILLIP A. TALBERT <br> United States Attorney <br> MATHEW W. PILE <br> Associate General Counsel <br> Social Security Administration |
| By: | /s/ *Ellinor R. Coder* <br> ELLINOR R. CODER <br> Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

## **ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 30, 2023, to file a response to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   December 27, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE