1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  ELLINOR R. CODER, CA 258258
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (510) 970-4814
         Facsimile: (415) 744-0134
7        E-Mail: Ellinor.Coder@ssa.gov
   Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA SUMMERS, </br> </br> Plaintiff, </br> </br> v. </br> </br> KILOLO KIJAKAZI, </br> Acting Commissioner of Social Security, </br> </br> Defendant. | CIVIL NO. 2:22-cv-01117-JDP </br> </br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, offer the claimant an opportunity to participate in a hearing, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: January 11, 2023                /s/ Stuart T. Barasch*
                                       STUART T. BARASCH
                                       Attorney for Plaintiff
                                       *Authorized via e-mail on Jan. 11, 2023

                                       PHILLIP A. TALBERT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Social Security Administration

                                By:    /s/ Ellinor R. Coder
                                       ELLINOR R. CODER
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The Clerk of Court is directed to enter judgment in plaintiff's favor.

IT IS SO ORDERED.

Dated:   January 11, 2023                      _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO REMAND